IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FUEL DEPOT, LLC,

    Plaintiff,

v.                                      No. 2:20-cv-01257-WJ-SMV

TRAVELERS CASUALTY
INSURANCE COMPANY OF
AMERICA and
KEEGAN CROWTHER,

    Defendants.

## ORDER GRANTING AGREED MOTION FOR LEAVE TO EXTEND EXPERT DISCLOSURE DEADLINES

On this day, the Court considered the parties' Agreed Motion to Extend Expert Disclosure Deadlines in the above-captioned case. After due consideration, and finding the Motion to be unopposed, the Court GRANTS the Motion.

Accordingly, it is now ORDERED that the Agreed Motion to Extend Expert Disclosure Deadlines is GRANTED.

It is further ORDERED that Plaintiff's deadline to disclose experts and provide experts reports or summary disclosures is August 25, 2021, and Defendants' deadline to disclose experts and provide experts reports or summary disclosures is September 24, 2021.

Signed this _24th_ day of _August,_ 2021.

                                                _____
                                                **THE HONORABLE STEPHAN M. VIDMAR**
                                                **UNITED STATES MAGISTRATE JUDGE**

SUBMITTED BY:

**MOSS LEGAL GROUP, PLLC**

By:    /s/ M. Mitchell Moss
M. Mitchell Moss
Cindy M. Vazquez
5845 Cromo Drive, Suite 2
El Paso, TX 79912
(915) 703-7307
(915) 703-7618 Fax
mitch@mosslegalsolutions.com
cindy@mosslegalsolutions.com

ATTORNEYS FOR PLAINTIFF
and

**GORDON & REES LLP**

By: /s/   Greg S. Hearing (electronically approved on 8/18/21)
John M. Palmeri, Esq.
Christopher R. Jones, #152060
Greg S. Hearing II, Esq.
Paul W. Jordan, Esq.
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
crjones@grsm.com
ghearing@grsm.com
pwjordan@grsm.com

ATTORNEYS FOR DEFENDANTS