IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FUEL DEPOT, LLC,

    Plaintiff,

v.                                           Civil Action No.: 2:20-cv-01257-WJ-SMV

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA, and
KEEGAN CROWTHER,

    Defendants.

## ORDER GRANTING JOINT MOTION TO SET DISPOSITIVE MOTION DEADLINE

The Court has considered the parties' Joint Motion to Set Dispositive Motion Deadline filed in the above-captioned case. After due consideration, the Court GRANTS the Motion.

It is ORDERED that the deadline for filing a dispositive motion is 30 days after the close of all discovery.

ORDERED this 19th day of November, 2021.

                                                                 _____
                                                                 The Honorable Stephan M. Vidmar
                                                                 United States Magistrate Judge

Summited by:

**MOSS LEGAL GROUP, PLLC**                          **GORDON & REES LLP**

 /s/ *Cindy M. Vazquez*                                    /s/ *Greg S. Hearing*
M. Mitchell Moss                                           John M. Palmeri, Esq.
Cindy M. Vazquez                                        Christopher R. Jones, #152060
5845 Cromo Drive, Suite 2                         Greg S. Hearing II, Esq.

- 2 -

| | |
|---|---|
| El Paso, Texas 79912<br>(915) 703-7307<br>(915) 703-7618 Telecopier<br>Mitch@MossLegalSolutions.com<br>Cindy@mosslegalsolutions.com<br><br>ATTORNEYS FOR PLAINTIFF | Paul W. Jordan, Esq.<br>555 Seventeenth Street, Suite 3400<br>Denver, Colorado 80202<br>(303) 534-5160<br>jpalmeri@grsm.com<br>crjones@grsm.com<br>ghearing@grsm.com<br>pwjordan@grsm.com<br><br>ATTORNEYS FOR DEFENDANTS |