IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FUEL DEPOT, LLC,

    Plaintiff,

v.                                  Civil Action No.: 2:20-cv-01257-WJ-SMW

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA, and
KEEGAN CROWTHER,

    Defendants.

### ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE

This matter having come before the Court on the parties' Joint Motion to Extend Discovery Deadline [45], and the Court being fully advised and finding good cause,

ORDERS that the Joint Motion to Extend Discovery Deadline is GRANTED. Termination of discovery deadline is hereby amended to March 31, 2022.

Dated, this 1st day of February 2022.

                                                                   Stephan M. Vidmar
                                                                   United States Magistrate Judge

Approved by:

| **MOSS LEGAL GROUP, PLLC** | **GORDON & REES LLP** |
|---|---|
| /s/ M. Mitchell Moss<br>M. Mitchell Moss<br>Cindy M. Vazquez<br>5845 Cromo Drive, Suite 2<br>El Paso, Texas 79912<br>(915) 703-7307<br>(915) 703-7618 Telecopier<br>Mitch@MossLegalSolutions.com<br>Cindy@mosslegalsolutions.com<br><br>ATTORNEYS FOR PLAINTIFF | /s/ Greg S. Hearing *(electronically approved on 1/31/2022)*<br>John M. Palmeri, Esq.<br>Christopher R. Jones, #152060<br>Greg S. Hearing II, Esq.<br>Paul W. Jordan, Esq.<br>555 Seventeenth Street, Suite 3400<br>Denver, Colorado 80202<br>(303) 534-5160<br>jpalmeri@grsm.com<br>crjones@grsm.com<br>ghearing@grsm.com<br>pwjordan@grsm.com<br><br>ATTORNEYS FOR DEFENDANTS |