IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FUEL DEPOT, LLC,

    Plaintiff,

v.                                        Civil Action No.: 2:20-cv-01257-WJ-SMV

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA, and
KEEGAN CROWTHER,

    Defendants.

### ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE

This matter having come before the Court on the parties' Joint Motion to Extend Discovery Deadline, and the Court being fully advised and finding good cause;

ORDERS that the Joint Motion to Extend Discovery Deadline is GRANTED. The discovery deadline is hereby amended to April 29, 2022.

Dated, this 28th day of March, 2022.

_____
Stephan M. Vidmar
United States Magistrate Judge

Approved by:

| **MOSS LEGAL GROUP, PLLC** | **GORDON & REES LLP** |
|---|---|
| /s/ Cindy M. Vazquez | /s/ Greg S. Hearing |
| M. Mitchell Moss | John M. Palmeri, Esq. |
| Cindy M. Vazquez | Christopher R. Jones, #152060 |
| 5845 Cromo Drive, Suite 2 | Greg S. Hearing II, Esq. |
| El Paso, Texas 79912 | Paul W. Jordan, Esq. |
| (915) 703-7307 | 555 Seventeenth Street, Suite 3400 |
| (915) 703-7618 Telecopier | Denver, Colorado 80202 |
| Mitch@MossLegalSolutions.com | (303) 534-5160 |
| Cindy@mosslegalsolutions.com | jpalmeri@grsm.com |
| | crjones@grsm.com |
| ATTORNEYS FOR PLAINTIFF | ghearing@grsm.com |
| | pwjordan@grsm.com |
| | ATTORNEYS FOR DEFENDANTS |