IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


FUEL DEPOT, LLC,

    Plaintiff,

v.                                          Civil Action No.: 2:20-cv-01257-DHU-SMV

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA, and
KEEGAN CROWTHER,

    Defendants.

## **ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

This matter having come before the Court on the parties' Joint Motion to Extend Discovery Deadline, and the Court being fully advised and finding good cause;

ORDERS that the Joint Motion to Extend Discovery Deadline is GRANTED. The discovery deadline is hereby amended to May 30, 2022.

Dated, this 18th day of May 2022.

_____
Stephan M. Vidmar
United States Magistrate Judge

Approved by:

| **MOSS LEGAL GROUP, PLLC** | **GORDON & REES LLP** |
|---|---|

 */s/ M. Mitchell Moss*  
M. Mitchell Moss  
Cindy M. Vazquez  
5845 Cromo Drive, Suite 2  
El Paso, Texas 79912  
(915) 703-7307  
(915) 703-7618 Telecopier  
Mitch@MossLegalSolutions.com  
Cindy@mosslegalsolutions.com  

ATTORNEYS FOR PLAINTIFF

 */s/ Greg. S. Hearing (electronically approved on 4/19/2022)*  
John M. Palmeri, Esq.  
Christopher R. Jones, #152060  
Greg S. Hearing II, Esq.  
Paul W. Jordan, Esq.  
555 Seventeenth Street, Suite 3400  
Denver, Colorado 80202  
(303) 534-5160  
jpalmeri@grsm.com  
crjones@grsm.com  
ghearing@grsm.com  
pwjordan@grsm.com  

ATTORNEYS FOR DEFENDANTS