IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FUEL DEPOT, LLC,

    Plaintiff,

v.                                             Civil Action No.: 2:20-cv-01257-DHU-SMV

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA, and
KEEGAN CROWTHER,

    Defendants.

## ORDER GRANTING MOTION FOR WITHDRAWAL AS COUNSEL

THIS MATTER, having come before the Court upon the Motion For Withdrawal of Paul W. Jordan as counsel of record on behalf of Defendants Travelers Casualty Insurance Company of America and Keegan Crowther; and the Court having reviewed the motion and being fully advised that John Palmeri, Greg Hearing and Christopher Jones of Gordon & Rees LLP will continue as counsel of record for the Defendants;

THEREFORE, ORDERS that the Motion for Withdrawal of Paul W. Jordan as counsel be and hereby is granted. John Palmeri, Greg Hearing and Christopher Jones of the firm of Gordon & Rees LLP will remain as counsel of record for Defendants; and

FURTHER DIRECTS the Clerk of the Court to delete Paul W. Jordan's email address from future ECF filings and electronic notifications in this case.

DATED this 19th day of July, 2022.

BY THE COURT:

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**